# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9105858 | Zahn | 1471 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/23/2020 1400 | 36 CFR 2.31 (a)(3) |

Place of Offense

Derby Wharf Salem National His. Site

Offense Description: Factual Basis for Charge          HAZMAT ☐

Vandalism

### DEFENDANT INFORMATION    Phone: 201 1246 8223

| Last Name | First Name | M.I. |
|---|---|---|
| Savage | Donald | R |

Street Address

[REDACTED]

---

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE

If no court appearance date is shown, you will be notified of your appearance date by mail.

| Court Address | Date |
|---|---|
| NP20037528 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _Donald Savage_

Original - CVB Copy

*9105858*

---

I state that on Apr. 25, 2020 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts.

See Attached

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/25/2020    Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident