**Violation No. 9105858        Loc. Code MA 64**
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

On April 25, 2020 at approximately 1430 hours, I, US Park Ranger Zahn arrived across the water from the Derby Wharf lighthouse to surveil the lighthouse grounds. The Derby Wharf Lighthouse is within the Jurisdiction of Salem Maritime National Historic Site. At approximately 1525 hours, a person fitting the exact description, from previous pictures taken at the lighthouse showing someone writing graffiti, showed up on a bicycle, riding down the wharf towards the lighthouse. I noticed the person was wearing the same colored backpack with the same markings from the picture on the trail camera. I drove to the wharf to stop and question the subject. I asked the subject, later identified as SUAVE, Donald, to stop and he did not comply. I eventually stopped SUAVE from riding too far away from me. I instructed SUAVE that he was under arrest for destruction of government property, Vandalism. USPR Robinson then walked to the lighthouse to see if it was tagged again, and he said it had been. I issued SUAVE a mandatory court appearance violation notice for 36 CFR 2.31 (a)(3) Vandalism to a government building.

The foregoing statement is based upon:
☑ my personal observation        ☑ my personal investigation
   information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:____04/25/2020_____
        Date              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
        Date           U.S. Magistrate-Judge